**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 54 MAL 2015
:
Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
WALTER FRANK MEYERLE, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.